## STATEMENT OF FACTS

On March 11, 2019, at approximately 8:40 a.m., members of the Metropolitan Police Department (MPD) Narcotics and Special Investigations Division (NSID) Narcotics Enforcement Unit (NEU) were in the area of the 1500 block of Gales Street, NE in Washington, D.C.  Officers were conducting an observation post in response to complaints of drug sales in the area.  Officers observed multiple suspected drug users hanging around a Jeep with DC tags FJ0401 and also observed a suspected drug transaction take place outside of the Jeep.  Sergeant Cardinal had received prior source information that the Jeep was involved in narcotics sales in the area.

Sergeant Cardinal stopped the Jeep while it was exiting the block.  The driver and sole occupant of the Jeep was John Reed.  John Reed is also the registered owner of the vehicle.  John Reed gave Sergeant Cardinal and Officer Chaplin consent to search his vehicle.  Officer Chaplin found a cut red straw with suspected heroin in the driver's door.  Officer Chaplin then located a black backpack in the middle of the back passenger seat.  Recovered from inside of the backpack was a black Taurus Millenium PT #111 9mm handgun, serial number TGX17133.

A search of the serial number of the handgun revealed that it was reported stolen from Greenville, South Carolina.  The firearm was loaded with one round in the chamber and eleven rounds in the magazine, which had a maximum capacity of 17 rounds.  John Reed has a prior conviction for Possession with Intent to Distribute Cocaine Base and Possession of a Firearm with an Obliterated, Removed, Changed or Altered Serial Number from the U.S. District Court for the District of Columbia, docket number 92-CR-92 (TFH) with a date of disposition of 05/03/1996.

_____
OFFICER ALBERT BROWN
METROPOLITAN POLICE EPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF MARCH, 2019.

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE