# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CR. NO. 19-cr-093 (EGS)** |
| | : | |
| **JOHN VICTOR REED,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF LETTER AND DOCUMENTS PROVIDED TO DEFENSE COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice that on July 3, 2019, the United States gave to counsel of record in the above-captioned case via Federal Express, the attached letter together with the referenced documents.

        Respectfully submitted,

        JESSIE K. LIU
        UNITED STATES ATTORNEY
        D.C. Bar No. 472845

By:     /s/
        MERVIN A. BOURNE, JR.
        D.C. Bar No. 490175
        Assistant United States Attorney
        555 Fourth Street, N.W., Fourth Floor
        Washington, D.C. 20530
        Telephone: (202) 252-6979
        E-mail: Mervin.Bourne@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 3rd day of July, 2019, a copy of the foregoing was served upon defense counsel via the Electronic Case Filing (ECF) System.

<pre>
                                        /s/
                                MERVIN A. BOURNE, JR.
                                Assistant United States Attorney
</pre>