IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 19-cr-00093 (EGS) |
| : | Criminal No. 18-cr-00344 (EGS) |
| : | |
| JOHN VICTOR REED, : | |
| JAROME SIMMONS, a.k.a. Bernard Byrd : | |
|   Defendants : | |

### DECLARATION OF CHIEF PETER NEWSHAM

Peter Newsham, being duly sworn, states the following:

**I.   Declarant's Background**

1.   I currently serve as the Chief of Police for the Metropolitan Police Department in Washington, D.C.  The Metropolitan Police Department is the primary law enforcement agency for the District of Columbia and is comprised of approximately 3,775 sworn employees and 700 non-sworn (civilian) employees.

2.   I have served as a member of the Metropolitan Police Department for more than thirty (30) years since joining the department in December 1989.  I was sworn in as the Interim Chief of Police on September 15, 2016, and following confirmation by the Council of the District of Columbia, I was sworn in as the Chief of Police on May 2, 2017. Prior to being named the Chief of Police, I served as the Assistant Chief of Police for the Investigative Services Bureau for more than six (6) years.

**II.   Background on Initiative**

3.   In 2018 there were more than 300 individuals with a prior felony *conviction* who were caught and arrested for illegally carrying a firearm in the District of Columbia.

1

4. Additionally, when looking at the suspects who were arrested for and charged with a homicide in 2018, twenty-six (26) percent had a prior felony *conviction*.

5. A convicted felon who is prohibited from possessing a firearm by federal and District law, yet chooses to illegally possess a firearm shows a clear disregard for the law and poses a higher risk for District residents.

6. According to the United States Sentencing Commission's *Recidivism Among Federal Firearms Offenders:* "Firearms offenders generally recidivated at a higher rate, recidivated more quickly following release into the community, and continued to recidivate later in life than non-firearms offenders." They also find that "a greater percentage of firearms offenders were rearrested for serious crimes than non-firearms offenders."

7. One of my consistent priorities has long been protecting the community from illegally-possessed firearms and repeat violent offenders.

8. Our criminal justice partners have agreed that to reduce gun violence, we must deal more effectively with the people most likely to commit crimes with guns.

9. Throughout my time serving as Chief of Police, I have continually asked our criminal justice partners for their support and expertise in helping to reduce and prevent gun violence in the District of Columbia.

10. That includes better leveraging the resources of our federal partners as a sensible and prudent approach to helping us focus on those most likely to commit the next shooting or homicide.

11. Reducing gun violence is a challenging and complex effort that requires a multi-faceted, multi-agency, and multi-jurisdictional response.

12. In furtherance of those efforts, I had conversations with the United States Attorney for the District of Columbia in late 2018 and early 2019 to discuss potential new strategies and approaches for combating gun-related crimes in the District of Columbia.

13. As a result of those discussions and as a part of our comprehensive violent crime prevention efforts, the United States Attorney's Office for the District of Columbia (USAO-DC) and federal law enforcement agencies, in collaboration with the Metropolitan Police Department, initiated and announced the Felon in Possession (FIP) Initiative in February 2019.

14. The goal of the FIP Initiative is to increase accountability for repeat offenders, reduce and prevent gun-related crime, and leverage federal resources, such as the Federal Bureau of Investigation, Drug Enforcement Agency, Bureau of Alcohol, Tobacco, Firearms and Explosives, and U.S. Marshals, to support MPD and the Department of Forensic Sciences with complex criminal investigations.

15. The District of Columbia does not have a manufacturer or commercial seller of firearms located within its boundaries. Identifying, tracing, and addressing the source of illegal firearms recovered in the District is a critical aspect of combating gun-related crime, and our federal partners are best positioned to support those investigative efforts.

16. The FIP Initiative is part of a comprehensive public safety strategy to take dangerous, illegally-possessed firearms off the streets and out of our neighborhoods, hold repeat violent offenders accountable, and prevent the next shooting or homicide.

17. Like any crime prevention strategy or intervention, conducting an evaluation is helpful to understand the effectiveness of the program. While it is too early to understand the impact of the FIP initiative, I look forward to reviewing the evaluation facilitated by the USAO-DC.

18. I am thankful to the USAO-DC and our federal partners for supporting the Metropolitan Police Department's efforts to reduce violent crime and build safer, stronger neighborhoods throughout the District of Columbia.

I declare under penalty of perjury this 1st day of July 2020, that the foregoing information is true and correct to the best of my information and belief.

Peter Newsham