IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.              ) | No. 19-cr-00093 (EGS) |
| ) | |
| JOHN VICTOR REED,    ) | |
| ) | |
| *Defendant*      ) | |

## NOTICE OF APPEARANCE OF ARGUING COUNSEL

Andrew J. Delaplane enters his appearance in the above captioned matter as arguing counsel for *amicus curiae* the District of Columbia.

                                        Respectfully submitted,

                                        KARL A. RACINE
                                        Attorney General for the District of Columbia

                                        LOREN L. ALIKHAN
                                        Solicitor General

                                        CAROLINE S. VAN ZILE
                                        Principal Deputy Solicitor General

                                        CARL J. SCHIFFERLE
                                        Deputy Solicitor General

                                        <u>/s/ Andrew J. Delaplane</u>
                                        ANDREW J. DELAPLANE
                                        Assistant Attorney General
                                        D.C. Bar 172374
                                        Office of the Solicitor General

                                        Office of the Attorney General
                                        400 6th Street, NW, Suite 8100
                                        Washington, D.C. 20001
                                        (202) 807-0382
December 2020                          andrew.delaplane@dc.gov