UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 19-cr-00093 (EGS) |
| | : | |
| JOHN VICTOR REED, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S RESPONSE TO COURT'S MINUTE-ORDER INQUIRY**

In light of the Justice Department's recent announcement of Channing D. Phillips as the Acting U.S. Attorney for the District of Columbia, the Court has asked the government to address whether the U.S. Attorney's Office "intends to review its policy by which all 'felon-in-possession' gun cases are to be prosecuted in the U.S. District Court for the District of Columbia rather than in the Superior Court of the District of Columbia." In response, the government submits the following:

***First***, ***the Office has never prosecuted all of its felon-in-possession cases in District Court pursuant to the initiative.*** As the government explained in its Consolidated Opposition, because of the substantial number of murders and illegal guns in the Fifth, Sixth, and Seventh police districts, the Office's felon-in-possession initiative originally targeted those three districts (Government's Consolidated Opposition, ECF #48, at 3-10 & n.14). As a result, between February 1, 2019, and February 1, 2020, the Office filed 129 complaints in District Court pursuant to 18 U.S.C. § 922(g) (ECF #48, at 10). During that same approximate time period,

however, the Office also brought 134 "stand-alone" felon-in-possession cases in D.C. Superior Court pursuant to D.C. Code § 22-4503(a)(1) (ECF #48, at 10).[1]

***Second***, ***in August 2020 then-U.S. Attorney Michael Sherwin modified the initiative by eliminating its 5D-7D geographic focus.*** As the government also explained in its Consolidated Opposition, then-Acting U.S. Attorney Sherwin was "presently engaged in a rigorous review" of the felon-in-possession initiative's "value and impact" (ECF #48, at 31). And, indeed, as Mr. Sherwin detailed in a subsequent *Washington Post* interview that defendant has provided this Court, Mr. Sherwin modified the initiative in late-August 2020 "'to ensure'" that it "'charge[d] the most violent offenders with the most significant federal charges'" (Defendant's Supplemental Authority, ECF #54-1, at 2). Specifically, Mr. Sherwin: (i) eliminated the initiative's 5D-7D geographic focus; and (ii) instructed that § 922(g) charging decisions pursuant to the initiative be based on, *inter alia*, an arrestee's individual criminal history, including whether he had committed any prior gun offenses or violent crimes (ECF #54-1, at 2). With these changes, Mr. Sherwin explained, the initiative's "'main metric'" is an arrestee's potential for violence (ECF #54-1, at 2).

---

[1] Although then-U.S. Attorney Jessie Liu had expressed her belief in February 2019 that a gradual phasing-in of the initiative "over the coming year would, 'at some point,' result in 'essentially all' such cases being brought in federal court, the U.S. Attorney ultimately decided not to expand the initiative beyond the Fifth, Sixth, and Seventh Districts" (ECF #48, at 9 n.14 (citation omitted)).

***Third, the Office continues to prosecute felon-in-possession cases in both District Court and Superior Court.*** Because the initiative prioritizes felon-in-possession arrestees with violent criminal histories for District Court prosecution, the Office continues to prosecute nonviolent offenders in Superior Court. Thus, between February 1, 2020 and February 28, 2021, the Office charged 87 'stand-alone' felon-in-possession cases in District Court and 217 such cases in Superior Court.  Lastly, current-Acting U.S. Attorney Phillips does intend to review and monitor the initiative's impact and will consider if further modifications are necessary beyond those already implemented by Mr. Sherwin.

        Respectfully submitted,

        Channing D. Phillips
        Acting United States Attorney


        _____/s/_____
        David B. Goodhand, D.C. Bar No. 438844
        Jason B.A. McCullough, D.C. Bar No. 998006
        Assistant United States Attorneys
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-6601 (Goodhand)
        (202) 252-7322 (McCullough)
        david.goodhand2@usdoj.gov
        jason.mccullough2@usdoj.gov