UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Case No. 19-cr-93 |
| | : | |
| JOHN VICTOR REED, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S NOTICE TO THE COURT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court that on Friday, May 14, 2021, the government extended a plea offer to the defendant. The plea offer expires on Tuesday, May 18, 2021, at noon.

Respectfully submitted,

Channing D. Phillips
Acting United States Attorney
D.C. Bar No. 472845

By: /s/
_____
Jason B.A. McCullough
D.C. Bar No. 998006
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7322
jason.mccullough2@usdoj.gov