# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal. No. 19-93 (EGS) |
| v. ) |  |
| JOHN VICTOR REED ) |  |

## DEFENDANT'S NOTICE REGARDING THE GOVERNMENT'S MAY 14, 2021 PLEA OFFER

Undersigned counsel, on behalf of defendant John Victor Reed respectfully submits his Notice to the Court regarding his response to the Government's May 14, 2021 Plea Offer which was referenced in the Government's Notice to the Court. ECF No. 69. As background to his response, Mr. Reed states.

On Friday, May 14 2021 at approximately 5:01 pm, the government emailed undersigned counsel a plea offer to Mr. Reed. The Plea Offer is contingent on Mr. Reed withdrawing his Motion to Dismiss that is scheduled for argument before the Court on Wednesday, May 19, 2021 at 11:00 am. If Mr. Reed withdraws his Motion to Dismiss, the government will allow him to plea to the District of Columbia offense of Unlawful Possession of a Firearm in violation of § 22–4503. A conviction pursuant to this statute requires a minimum mandatory prison term of one year and a maximum term of ten years.

Undersigned counsel discussed with Mr. Reed the government's plea offer, the penalty provision for the D.C. Code offense, and the applicable guideline pursuant to the Voluntary Sentencing Guidelines followed in the Superior Court for the District of Columbia. Undersigned counsel discussed these matters with Mr. Reed yesterday on May 15 and today, Sunday May 16,

1

2021. Mr. Reed informed undersigned counsel that he is not accepting the government's plea offer and wants to proceed with the Motion to Dismiss on Wednesday, May 19, 2021.

                Respectfully submitted,

                A.J. Kramer
                Federal Public Defender

                    /s/

                Carlos J. Vanegas
                Assistant Federal Public Defender
                625 Indiana Ave., N.W., Suite 550
                Washington, D.C.  20004
                (202) 208-7500