UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 19-cr-00093 (EGS) |
| | : | |
| JOHN VICTOR REED, | : | |
| | : | |
| Defendant. | : | |

**UNITED STATES' CLARIFICATION OF A RESPONSE
PROVIDED BY GOVERNMENT COUNSEL AT THE MAY 19, 2021 HEARING**

At the May 19, 2021, hearing, this Court asked government counsel if, pursuant to 18 U.S.C. § 3553(a)(6), it could permissibly consider the D.C. Guidelines applicable to a D.C. Code felon-in-possession offender when sentencing a *federal* defendant for a violation of 18 U.S.C. § 922(g). The government would like to clarify its response to that question. The D.C. Circuit has held that, "although post-*Booker* nothing necessarily precludes consideration of the D.C. Guidelines in the district court's exercise of discretion in determining a particular sentence, [*United States v.*] *Clark*, [8 F.3d 839 (D.C. Cir. 1993)] precludes treatment of the U.S. Attorney's lawful exercise of discretion in bringing a federal prosecution as a mitigating circumstance under § 3553(b), and treatment of sentencing disparities between the U.S. and D.C. Guidelines as sufficient to support a departure under § 3553(a)(6)." *United States v. Washington*, 670 F.3d 1321, 1327 (D.C. Cir. 2012). Government counsel apologizes for any confusion stemming from his previous response.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

2

/s/ David Goodhand
David B. Goodhand
Assistant United States Attorney
D.C. Bar No. 438844
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-6601
david.goodhand2@usdoj.gov